| Fill in this information to identify the case: |
|---|

Debtor 1        Bryan Paul Wagner

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Western District of Arkansas

Case number    6:19-bk-72784

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:**    Quicken Loans Inc.          **Court claim no.** (if known):    6

**Last 4 digits** of any number you use to identify the debtor's account:    XXXXXX8662

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☒ No
☐ Yes.  Date of the last notice: _____

### Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1.  Late Charges | | (1) | |
| 2.  Non-sufficient funds (NSF) fees | | (2) | |
| 3.  Attorney fees | | (3) | |
| 4.  Filing fees and court costs | | (4) | |
| 5.  Bankruptcy/Proof of claim fees | 10/29/2019 | (5) | $650.00 |
| 6.  Appraisal/Broker's price opinion fees | | (6) | |
| 7.  Property inspection fees | | (7) | |
| 8.  Tax advances (non-escrow) | | (8) | |
| 9.  Insurance advances (non-escrow) | | (9) | |
| 10. Property preservation expenses. Specify: | | (10) | |
| 11. Other. Specify: | | (11) | |
| 12. Other. Specify: | | (12) | |
| 13. Other. Specify: | | (13) | |
| 14. Other. Specify: | | (14) | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1

| Debtor 1 | Bryan Paul Wagner | Case Number (if known) | 6:19-bk-72784 |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

Signature: /s/ Michael Tackett    Date: 11/1/2019

Print: Kathryn Lachowsky-Khan, Heather Martin-Herron, & Michael Tackett    Title: Attorneys

Company: Wilson & Associates, PLLC

Address: 400 West Capitol Avenue, Suite 1400, Little Rock, AR 72201

Contact phone: (501) 219-9388    Email: klachowsky | hmartin-herron | mtackett@thewilsonlawfirm.com

## CERTIFICATE OF SERVICE

On November 1, 2019, a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was served electronically through the electronic case filing system (ECF) upon:

Marc Honey
Attorney at Law
P.O. Box 1254, 1311 Central Avenue
Hot Springs, AR 71902

Jack W. Gooding
Trustee
P.O. Box 8202
Little Rock, AR 72221-8202

and served via U.S. mail upon:

Bryan Paul Wagner
Debtor(s)
549 Nomoe Rd
Royal, AR 71968

/s/ Michael Tackett

Heather Martin-Herron (2011136)
Kathryn Lachowsky-Khan (2012039)
Michael Tackett (2018110)

W&A No. 342983